NO. 07-02-0176-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 14, 2002

_____

MICHAEL A. OTT

                                        Appellant

v.

ARLENE J. OTT

                                        Appellee

_____

FROM THE 247TH DISTRICT COURT OF HARRIS COUNTY;

NO. 00-24499; HON. BONNIE G. HELLUMS, PRESIDING

_____

***ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL***

_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Michael A. Ott, appellant, has moved to dismiss his appeal contending that he "no longer wishes to continue with his appeal." Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

                                        Per Curiam

Do not publish.